IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:17CR3105-2 |
| | ) | |
| v. | ) | |
| | ) | |
| SUE ANN SELLON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the unopposed oral motion of the defendant,

IT IS ORDERED that:

(1)     Defendant Sue Ann Sellon's trial scheduled on May 7, 2019, is continued until further order of the court.

(2)     The undersigned will hold a telephonic status conference with counsel of record on Tuesday, September 10, 2019, at 1:00 p.m.  The undersigned's judicial assistant will coordinate the call.

(3)     The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161.

DATED this 26th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge