IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:17CR3105-2** |
| vs. | |
| SUE ANN SELLON, | **ORDER** |
| Defendant. | |

IT IS ORDERED that Plaintiff's Motion to Dismiss (filing no. 98) the Indictment (filing no. 1) is granted.

Dated this 18th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*

Senior United States District Judge